UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CANDACE WILLRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-3149-G (BH) |
| UNITED STATES OF AMERICA, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are accepted as the findings and conclusions of the court.

By separate judgement, this action will **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff is **WARNED** that abuses of the litigation process may result in sanctions, up to an including monetary sanctions payable to the

court and the prohibition of filing future cases *in forma pauperis* except by leave of court.

    **SO ORDERED**.

September 18, 2013.

                                         */s/ A. Joe Fish*
                                         **A. JOE FISH**
                                         **Senior United States District Judge**